**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., | Case No. 14-23678 (RDD) |
| 50 West 23rd Street, New York, NY 10010 | Tax I.D. No. 20-3397172 |
| Debtor. | |
| In re: | Chapter 11 |
| dELiA*s DISTRIBUTION COMPANY, | Case No. 14- 23682(RDD) |
| 50 West 23rd Street, New York, NY 10010 | Tax I.D. No. 23-2909076 |
| Debtor. | |
| In re: | Chapter 11 |
| A MERCHANDISE, LLC, | Case No. 14- 23684 (RDD) |
| 50 West 23rd Street, New York, NY 10010 | Tax I.D. No. 27-0037639 |
| Debtor. | |
| In re: | Chapter 11 |
| dELiA*s OPERATING COMPANY, | Case No. 14- 23683 (RDD) |
| 50 West 23rd Street, New York, NY 10010 | Tax I.D. No. 13-3953765 |
| Debtor. | |

| | |
|---|---|
| In re:<br><br>dELiA*s RETAIL COMPANY,<br><br>50 West 23rd Street, New York, NY 10010<br><br>                Debtor. | Chapter 11<br><br>Case No. 14- 23679 (RDD)<br><br>Tax I.D. No. 23-2920036 |
| In re:<br><br>dELiA*s GROUP INC.,<br><br>50 West 23rd Street, New York, NY 10010<br><br>                Debtor. | Chapter 11<br><br>Case No. 14- 23681 (RDD)<br><br>Tax I.D. No. 13-3914035 |
| In re:<br><br>AMG DIRECT, LLC,<br><br>50 West 23rd Street, New York, NY 10010<br><br>                Debtor. | Chapter 11<br><br>Case No. 14- 23685 (RDD)<br><br>Tax I.D. No. 20-1129236 |
| In re:<br><br>dELiA*s ASSETS CORP.,<br><br>50 West 23rd Street, New York, NY 10010<br><br>                Debtor. | Chapter 11<br><br>Case No. 14- 23680 (RDD)<br><br>Tax I.D. No. 13-39663754 |
| In re:<br><br>DACCS, Inc.,<br><br>50 West 23rd Street, New York, NY 10010<br><br>                Debtor. | Chapter 11<br><br>Case No. 14- 23686 (RDD)<br><br>Tax I.D. No. 42-1750225 |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF CASES PURSUANT TO FED. R. BANKR. P. 1015(b)

Upon the motion (the "Motion")[1] of the Debtors for an order, pursuant to section

342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 1015(b) directing joint administration of

these cases and administratively consolidating the respective Chapter 11 cases of each Debtor for

procedural purposes only; and upon the First Day Declaration; and due and sufficient notice of

the Motion having been given under the particular circumstances; and it appearing that no other

or further notice need be provided; and it appearing that the relief requested by the Motion is in

the best interests of the Debtors, their estates, their creditors, stakeholders and other parties in

interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby,

**ORDERED,** that:

1.       The Motion is GRANTED as set forth herein.

2.       Each of the above-captioned Chapter 11 cases of the Debtors is to be jointly

administered by the Court.

3.       The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., *et al.*, | Case No. 14-23678 (RDD) |
| Debtors.[2] | Jointly Administered |

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto.

[2] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225).  The mailing address for the Debtors, solely for purposes of notices and communications, is:  50 West 23rd Street, New York, NY 10010.

4.      Each motion, application, other pleading and notice shall be captioned as

indicated in the preceding decretal paragraph and all original docket entries shall be made in the

case of dELiA*s, Inc., Case No. 14-23678 (RDD).

5.      A docket entry shall be made in each of the Debtors' cases (except that of

dELiA*s, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with
> the case of dELiA*s, Inc., Case No. 14-23678 (RDD), for
> procedural purposes only and providing for its joint administration
> in accordance with the terms thereof.  The docket in Case No. 14-
> 23678 should be consulted for all matters affecting this case.

6.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this order.

Dated:  White Plains, New York
            December 10, 2014

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE