```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re                              :    Chapter 11

dELiA*s, INC., et al.,             :    Case No. 14-23678 (RDD)

                Debtors.           :    Jointly Administered

-----------------------------------x
```

## NOTICE OF APPOINTMENT
## OF CONSUMER PRIVACY OMBUDSMAN

William K. Harrington, the United States Trustee for the Southern District of New York, pursuant to the order entered December 10, 2014 (ECF No. 55) directing the appointment under 11 U.S.C. § 332 of a consumer privacy ombudsman, hereby appoints Bonnie Glantz Fatell as consumer privacy ombudsman. The offices of Ms. Fatell are Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DEL 19801, (t) (302) 425-6423, e-mail Fatell@BlankRome.com.

Dated:    New York, New York
          December 10, 2014

```
                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                    By:    /s/ Serene K. Nakano
                           SERENE K. NAKANO
                           Trial Attorney
                           U.S. Federal Office Building
                           201 Varick Street, Room 1006
                           New York, New York 10014
                           (212) 510-0505
```