```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re                              :    Chapter 11

dELiA*s, INC., et al.,             :    Case No. 14-23678 (RDD)

                Debtors.           :    Jointly Administered

----------------------------------x
```

# APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of dELiA*s, Inc., et al.:

1. Celebrity Pink, Div. of
   2253 Apparel, Inc.
   1708 Gage Road
   Montebello, CA  90640
   Att: Doron Kadosh
        (323) 837-9800
        doron@celebritypinkusa.com

2. Eco Textiles Group, Inc.,
        a/k/a Ecotex
   1035 South Grand Ave.
   Los Angeles, CA 90015
   Att: Raphael Javaheri
        (212) 445-4418
        RNJ@ecotex.com

3. GGP Limited Partnership
   110 North Wacker Drive
   Chicago, IL 60606
   Att: Julie Minnick
        (312) 960-2707
        julie.minnick@ggp.com

4.  Guru Knits
    225 West 38th St.
    Los Angeles, CA  90037
    Att: Daniel Tenenblatt
        (323) 233-4281
        daniel@mmtextiles.com

5.  MarketLive, Inc.
    617B 2nd St.
    Petaluna, CA 94952
    Att: Christopher Fernandes, Esq.
        (707) 780-1838
        cfernandes@marketlive.com

6.  Quad/Graphics, Inc.
    N61W23044 Harry's Way
    Sussex, WI 53089-3995
    Att: Pat Rydzik
        (414) 566-2127
        pat.rydzik@QG.com

7.  Simon Property Group, Inc. and
    Washington Prime Group, Inc.
    225 W. Washington St.
    Indianapolis, IN 46204
    Att: Ronald M. Tucker
        (317) 263-2346
        rtucker@simon.com

Dated:    New York, New York
          December 12, 2014
                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE

                    By:   */s/ Serene K. Nakano*
                          SERENE K. NAKANO
                          Trial Attorney
                          U.S. Federal Office Building
                          201 Varick St., Room 1006
                          New York, New York  10014
                          (212) 510-0505