UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>dELiA*s, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14- 23678 (RDD)<br><br>Jointly Administered |

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING A HEARING
WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF
(I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID
PROTECTIONS IN CONNECTION WITH THE SALE OF CERTAIN ASSETS,
(B) APPROVING PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS, (C) APPROVING THE FORM AND MANNER OF
NOTICE, AND (D) SCHEDULING AN AUCTION AND A SALE HEARING, AND
(II) ORDER AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS**

Upon the motion, dated January 28, 2015 (the "Motion to Shorten Time"),[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 9006-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), for entry of an order shortening the notice period and fixing the date and time for an expedited hearing on *Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (Ii) Order Authorizing and Approving the Sale of Certain Assets* (the "Bidding

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten Time.

Procedures Motion"); and it appearing that the relief requested by this Motion to Shorten Time is in the best interests of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion to Shorten Time is granted to the extent set forth herein.

2. A hearing to consider the Bidding Procedures Motion will be held before the Honorable Robert D. Drain, United State Bankruptcy Judge, in Room 118, of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **February 6, 2015 at 10:00 a.m. (Prevailing Eastern Time)**.

3. The deadline to respond or object to the relief requested in the IP Sale Motion is **February 5, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, although the Court will consider oral responses at the hearing. In addition to being filed on or before February 5, 2015 by 4:00 p.m., any written response must be delivered to the Court's chambers by such time and otherwise served pursuant to the Court's case management order.

4. The Debtors and their claims and noticing agent, Prime Clerk LLC, are authorized and empowered to take all actions necessary to implement the relief granted in this order. They shall cause service of this Order along with a copy of the Bidding Motion as provided in the case management order on or before midnight January 29, 2015.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: January 29, 2015
      White Plains, New York

    /s/Robert D. Drain_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE