# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| dELiA*s, INC., *et al.*, | ) | Case No. 14-23678 (RDD) |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the service list attached hereto as **Exhibit A:**

- Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in connection with the Sale of Certain Assets, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) Order Authorizing and Approving the Sale of Certain Assets [Docket No. 175]

- Order Shortening Notice Period and Scheduling a Hearing with Respect to Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in connection with the Sale of Certain Assets, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) Order Authorizing and Approving the Sale of Certain Assets [Docket No. 177]

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

SRF 1588

Dated: February 2, 2015

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 2, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

SRF 1588

**Exhibit A**

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL FOR GGP LIMITED PARTNERSHIP | BALLARD SPAHR LLP | DAVID L. POLLACK, ESQUIRE | 51ST FLOOR - MELLON BANK CENTER | 1735 MARKET STREET | PHILADELPHIA | PA | 19103 | POLLACK@BALLARDSPAHR.COM | EMAIL |
| COUNSEL FOR GGP LIMITED PARTNERSHIP | BALLARD SPAHR LLP | BRENT WEISENBERG, ESQUIRE | 425 PARK AVENUE | | NEW YORK | NY | 10022 | WEISENBERGB@BALLARDSPAHR.COM | EMAIL |
| CONSUMER PRIVACY OMBUDSMAN | BONNIE GLANTZ FATELL | CONSUMER PRIVACY OMBUDSMAN | BLANK ROME LLP | 1201 N. MARKET STREET, SUITE 800 | WILMINGTON | DE | 19801 | FATELL@BLANKROME.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | CELEBRITY PINK, DIV | 2253 APPAREL, INC. | ATTN: DORON KADOSH | 1708 GAGE ROAD | MONTEBELLO | CA | 90640 | DORON@CELEBRITYPINKUSA.COM | EMAIL |
| CHAMBERS OF THE HONORABLE JUDGE ROBERT D. DRAIN | CHAMBERS OF THE HONORABLE JUDGE ROBERT D. DRAIN | DELIA*S, INC. CHAMBERS COPY | US BANKRUPTCY COURT SDNY | 300 QUARROPAS STREET | WHITE PLAINS | NY | 10601-4140 | | OVERNIGHT MAIL |
| SALUS CAPITAL PARTNERS, LLC | CHOATE HALL & STEWART, LLP | ATTN: JOHN F. VENTOLA, SETH D. MENNILLO, RACHEL S. CONNORS, DALLAS N. CRUZ, ESQS. | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110-0000 | JVENTOLA@CHOATE.COM; SMENNILLO@CHOATE.COM; RCONNORS@CHOATE.COM; DCRUZ@CHOATE.COM | EMAIL |
| SALUS CAPITAL PARTNERS, LLC | DICONZA TRAURIG KADISH, LLP | ATTN: MAURA I. RUSSELL, ESQ. | 630 THIRD AVENUE - 7TH FLOOR | | NEW YORK | NY | 10017 | MRUSSELL@DTKLAWGROUP.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | ECO TEXTILES GROUP INC | A/K/A ECOTEX | ATTN: RAPHAEL JAVAHERI | 1035 SOUTH GRAND AVE | LOS ANGELES | CA | 90015 | RNJ@ECOTEX.COM | EMAIL |
| EXPERIAN MARKETING SERVICES, INC. | FRANKGECKER LLP | JOSPEH D. FRANK; REED HEILIGMAN | 325 NORTH LASALLE ST, SUITE 625 | | CHICAGO | IL | 60654 | JFRANK@FGLLP.COM; RHEILIGMAN@FGLLP.COM | EMAIL |
| GLIMCHER PROPERTIES LIMITED PARTNERSHIP | FROST BROWN TODD LLC | RONALD E GOLD, LINDSEY F. BAKER, ESQS. | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | RGOLD@FBTLAW.COM; LBAKER@FBTLAW.COM | EMAIL |
| COUNSEL FOR LEWISVILLE INDEPENDENT SCHOOL DISTRICT | GEORGE C. SCHERER | LAW OFFICES OF ROBERT E. LUNA, P.C. | 4411 N. CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | scherer@txschoollaw.com | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | GGP LIMITED PARTNERSHIP | ATTN: JULIE MINNICK | 110 N. WACKER DRIVE | | CHICAGO | IL | 60606 | JULIE.MINNICK@GGP.COM | EMAIL |
| HILCO MERCHANT RESOURCES, LLC, GORDON BROTHERS REATIL PARTNERS, LLC | GOULSTON & STORRS PC | JAMES F. WALLACK, GREGORY O. KADEN, ESQS. | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | JWALLACK@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | GURU KNITS | ATTN: DANIEL TENEBLATT | 225 W 38TH STREET | | LOS ANGELES | CA | 90037 | DANIEL@MMTEXTILES.COM | EMAIL |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | | PHILADELPHIA | PA | 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;marie.cerchero@irs.gov; Sandra.i.feliu@irs.gov | EMAIL |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;marie.cerchero@irs.gov; Sandra.i.feliu@irs.gov | EMAIL |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | MANHATTAN INSOLVENCY | MARIE CERCHERO, MANAGER; SANDRA FELIU, BANKRUPTCY SPECIALIST | 33 MAIDEN LANE | NEW YORK | NY | 10038 | | FIRST CLASS MAIL |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY | BANKRUPTCY AND SPECIAL ISSUES COUNSEL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | 2030 M STREET NW, 8TH FL | WASHINGTON | DC | 20036 | KCORDRY@NAAG.ORG | EMAIL |
| G&I RETAIL CARRIAGE LLC, STARWOOD RETAIL PARTNERS, THE MACERICH COMPANY | KATTEN MUCHIN ROSENMAN LLP | DUSTIN P. BRANCH, ESQ. | 2029 CENTURY PARK EAST | SUITE 2600 | LOS ANGELES | CA | 90067-3012 | DUSTIN.BRANCH@KATTENLAW.COM | EMAIL |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | JAMES S. CARR ROBERT L. LEHANE GILBERT R. SAYDAH JR. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | EMAIL |
| COUNSEL TO WESTFIELD, LLC AND LANDLORD AFFILIATES | LECLAIRRYAN, PC | ILAN AMRKUS, ESQ. & NICLAS A. FERLAND, ESQ. | 545 LONG WHARF DRIVE | 9TH FLOOR | NEW HAVEN | CT | 06511 | ILAN.MARKUS@LECLAIRRYAN.COM; NICLAS.FERLAND@LECLAIRRYAN.COM | EMAIL |
| COUNSEL FOR TARRANT COUNTY AND DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ELIZABETH WELLER | 2777 N STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@PUBLICANS.COM | EMAIL |
| CITY OF MCALLEN, SOUTH TEXAS COLLEGE, SOUTH TEXAS ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760 | austin.bankruptcy@publicans.com | EMAIL |
| COUNSEL FOR DEFY MEDIA, LLC | LOWENSTEIN SANDLER LLP | SHARON L. LEVINE | 65 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068-0000 | SLEVINE@LOWENSTEIN.COM | EMAIL |
| COUNSEL FOR DEFY MEDIA, LLC | LOWENSTEIN SANDLER LLP | STEVEN E SIESSER | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | SSIESSER@LOWENSTEIN.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | MARKETLIVE | | 75 REMITTANCE DR DEPT 1372 | | CHICAGO | IL | 60675-1372 | INFO@MARKETLIVE.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | MARKETLIVE | ATTN: CHRISTOPHER FERNANDES, ESQ. | 617B SECOND ST | | PETALUMA | CA | 94952 | CFERNANDES@MARKETLIVE.COM | EMAIL |
| COUNSEL FOR THE COUNTY OF DENTON, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | LEE GORDON | PO BOX 1269 | | ROUND ROCK | TX | 78680 | | FIRST CLASS MAIL |

In re dELiA*s Inc., et al.
Case No. 14-23678 (RDD)

Page 1 of 2

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method |
|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | BRIAN I. SWETT | 77 WEST WACKER DRIVE | | CHICAGO | IL | 60601-1818 | BSWETT@MCGUIREWOODS.COM | EMAIL |
| COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | MICHAEL G. PARISI | 1230 PEACHTREE STREET, NE | SUITE 2100 | ATLANTA | GA | 30309-3534 | MPARISI@MCGUIREWOODS.COM | EMAIL |
| GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | PATRICK L. HAYDEN, SHAWN R. FOX, ESQS. | 1345 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10105 | PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM | EMAIL |
| GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | BRIAN I. SWETT | 77 WEST WACKER DRIVE | | CHICAGO | IL | 60601 | BSWETT@MCGUIREWOODS.COM | EMAIL |
| ATTORNEYS FOR CROSSGATGES MALL GENERAL COMPANY NEWCO, LLC, HOLYOKE MALL COMPANY, L.P., EKLECCO NEWCO LLC, PYRAMID WALDEN CO, L.P., SLTS GRAND AVENUE II, LP | MENTER, RUDIN & TRIVELPIECE, P.C. | KEVIN K. NEWMAN, ESQ. | 308 MALTBIE STREET, SUITE 200 | | SYRACUSE | NY | 13204-1439 | KNEWMAN@MENTERLAW.COM | EMAIL |
| NEW YORK ATTORNEY GENERAL | NEW YORK ATTORNEY GENERAL | ATTN BANKRUPTCY DEPT | DEPARTMENT OF LAW | THE CAPITOL 2ND FLOOR | ALBANY | NY | 12224-0341 | MAUREEN.LEARY@OAG.STATE.NY.US; | EMAIL |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE | SERENE NAKANO; RICHARD MORRISSEY | US FEDERAL OFFICE BUILDING | 201 VARICK ST STE 1006 | NEW YORK | NY | 10014 | SERENE.NAKANO@USDOJ.GOV; RICHARD.MORRISSEY@USDOJ.GOV | EMAIL |
| COUNSEL FOR ARLINGTON ISD, CARROLL ISD AND CITY OF HIGHLAND VILLAGE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ELIZABETH BANDA CALVO | 500 E BORDER STREET, SUITE 640 | | ARLINGTON | TX | 76010 | EBCALVO@PBFCM.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | QUAD GRAPHICS INC | | P.O. BOX 842858 | | BOSTON | MA | 02284-0000 | QGRAPHICS@QG.COM; KIM.DOESCHER@QG.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | QUAD GRAPHICS INC | ATTN: PAT RYDZIK | N61 W23044 HARRY'S WAY | | SUSSEX | WI | 53089-3995 | PAT.RYDZIK@QG.COM | EMAIL |
| SECURED CREDITORS | SALUS CAPITAL PARTNERS, LLC | KYLE C SHONAK | 197 FIRST AVENUE, SUTIE 250 | | NEEDHAM HEIGHTS | MA | 02494-0000 | KSHONAK@SALUSCAPITAL.COM | EMAIL |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV | EMAIL |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET STE 400 | NEW YORK | NY | 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | SIMON PROPERTY GROUP, INC. | RONALD M TUCKER | 225 WEST WASHINGTON STREET | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM | EMAIL |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | JAY W. HURST, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | FIRST CLASS MAIL |
| COUNSEL TO THE TAUBMAN COMPANY, THE TAUBMAN LANDLORDS | THE TAUBMAN COMPANY, THE TAUBMAN LANDLORDS | ANDREW S. CONWAY, ESQ. | 200 EAST LONG LAKE ROAD | SUITE 300 | BLOOMFIELD HILLS | MI | 48304 | ACONWAY@TAUBMAN.COM | EMAIL |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN BANKRUPTCY DIVISION | 86 CHAMBERS ST 3RD FLOOR | | NEW YORK | NY | 10007 | DAVID.JONES6@USDOJ.GOV; JEFFREY.OESTERICHER@USDOJ.GOV; MATTHEW.SCHWARTZ@USDOJ.GOV; JOSEPH.CORDARO@USDOJ.GOV; CARINA.SCHOENBERGER@USDOJ.GOV | OVERNIGHT MAIL and EMAIL |
| JPL DAISY LLC | WACHTELL, LIPTON, ROSEN & KATZ | ALEXANDER B. LEES, SCOTT K. CHARLES, ESQS. | 51 WEST 52 ST | | NEW YORK | NY | 10019 | ABLEES@WLRK.COM; SKCHARLES@WLRK.COM | EMAIL |