Gregg M. Galardi
Dienna Corrado
Arkady A. Goldinstein
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., *et al.*, | Case No.  14-23678 (RDD) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF ADJOURNMENT OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 9, 2015**

      **PLEASE TAKE NOTICE** that on December 7, 2014 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that the hearing scheduled for 2:30 p.m. (Eastern Time) on Monday, February 9, 2015 has been rescheduled to **3:00 p.m. (Eastern Time) on Monday, February 9, 2015** (the "Hearing").  All of the following matters will be heard at the Hearing:

- Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) Order Authorizing and Approving the Sale of Certain Assets [Docket No. 175];

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225).  The mailing address for the Debtors, solely for purposes of notices and communications, is:  50 West 23rd Street, New York, NY 10010.

EAST\90656750.2

- Debtors' Motion Pursuant to Fed. R. Bankr. P. 9006(c) Shortening Notice Period and Scheduling a Hearing with Respect to Debtors' Motion for an Order Approving Debtors' Key Employee Incentive Program [Docket No. 181];

- Debtors' Motion for an Order Approving Debtors' Key Employee Incentive Plan (Redacted) [Docket No. 180];

- Application of Official Committee of Unsecured Creditors of dELiA*s, Inc., *et al*. for Entry of Any Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Counsel *Nunc Pro Tunc* to December 12, 2014 [Docket No. 150]; and

- Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016 and Local Rule 2014-1 for Authorization to Retain and Employ Capstone Advisory Group, LLC and Capstone Valuation Services, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 12, 2014 [Docket No. 153].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601.

Dated: New York, New York
       February 6, 2015

*/s/ Gregg M. Galardi*
Gregg M. Galardi
Dienna Corrado
Arkady A. Goldinstein
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*