Gregg M. Galardi
Dienna Corrado
Arkady A. Goldinstein
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., *et al.*, | Case No. 14-23678 (RDD) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF CANELLATION OF AUCTION**

    **PLEASE TAKE NOTICE** that pursuant to the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing* [Docket No. 205] (the "Bid Procedures Order"),[2] entered on February 10, 2015, an Auction was scheduled for February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time) for the sale of the Acquired Assets (as defined in the Bid Procedures Order).

    **PLEASE TAKE FURTHER NOTICE** the Auction will not be held and is hereby **cancelled.**

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the Debtors intend to present the bid by the Stalking Horse Bidder as the successful bid at the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

EAST\95489682.2

Sale Hearing scheduled for **February 24, 2015 at 2:00 p.m. (Prevailing Eastern Time)**.

Dated: February 18, 2015  
      New York, New York

*/s/ Gregg M. Galardi*  
Gregg M. Galardi  
Dienna Corrado  
Arkady A. Goldinstein  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone:  (212) 335-4500  
Facsimile:  (212) 335-4501  

*Counsel for the Debtors and Debtors in Possession*