## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| dELiA*s, INC., *et al.*, | ) | Case No. 14-23678 (RDD) |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before February 17, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- Notice of Assumption and Assignment of Certain Contracts [Docket No. 243]

Dated: February 19, 2015

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 19, 2015, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

---

[1]    The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

**<u>Exhibit A</u>**

SRF 1724

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD |
|---|---|---|---|---|---|---|---|---|---|
| NEW YORK ATTORNEY GENERAL | Attention Bankruptcy Dept | The Capitol | | | Albany | NY | 12224-0341 | | FIRST CLASS MAIL |
| COUNSEL TO BAKER & HOSTETLER LLP | BAKER & HOSTETLER LLP | ASHLEY M. McDOW | 11601 WILSHIRE BLVD. | SUITE 1400 | LOS ANGELES | CA | 90025-0509 | AMCDOW@BAKERLAW.COM | EMAIL |
| COUNSEL FOR GGP LIMITED PARTNERSHIP AND KRAVCO COMPANY | BALLARD SPAHR LLP | DAVID L. POLLACK, ESQUIRE | 51ST FLOOR - MELLON BANK CENTER | 1735 MARKET STREET | PHILADELPHIA | PA | 19103 | POLLACK@BALLARDSPAHR.COM | EMAIL |
| COUNSEL FOR GGP LIMITED PARTNERSHIP AND KRAVCO COMPANY | BALLARD SPAHR LLP | BRENT WEISENBERG, ESQUIRE | 425 PARK AVENUE | | NEW YORK | NY | 10022 | WEISENBERGB@BALLARDSPAHR.COM | EMAIL |
| COUNSEL TO DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | PETER J. ASHCROFT, ESQUIRE | 707 GRANT STREET SUITE 2200 | GULF TOWER | PITTSBURGH | PA | 15219 | pashcroft@bernsteinlaw.com | EMAIL |
| CONSUMER PRIVACY OMBUDSMAN | BONNIE GLANTZ FATELL | CONSUMER PRIVACY OMBUDSMAN | BLANK ROME LLP | 1201 N. MARKET STREET, SUITE 800 | WILMINGTON | DE | 19801 | FATELL@BLANKROME.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | CELEBRITY PINK, DIV | 2253 APPAREL, INC. | ATTN: DORON KADOSH | 1708 GAGE ROAD | MONTEBELLO | CA | 90640 | DORON@CELEBRITYPINKUSA.COM | EMAIL |
| CHAMBERS OF THE HONORABLE JUDGE ROBERT D. DRAIN | CHAMBERS OF THE HONORABLE JUDGE ROBERT D. DRAIN | DELIA*S, INC. CHAMBERS COPY US BANKRUPTCY COURT SDNY | 300 QUARROPAS STREET | | WHITE PLAINS | NY | 10601-4140 | rdd.Chambers@nysb.uscourts.gov | OVERNIGHT MAIL & EMAIL |
| SALUS CAPITAL PARTNERS, LLC | CHOATE HALL & STEWART, LLP | MENNILLO, RACHEL S. CONNORS, DALLAS N. CRUZ, ESQS. | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110-0000 | SMENNILLO@CHOATE.COM; RCONNORS@CHOATE.COM; | EMAIL |
| SALUS CAPITAL PARTNERS, LLC | DICONZA TRAURIG KADISH, LLP | ATTN: MAURA I. RUSSELL, ESQ. | 630 THIRD AVENUE - 7TH FLOOR | | NEW YORK | NY | 10017 | MRUSSELL@DTKLAWGROUP.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | ECO TEXTILES GROUP INC | A/K/A ECOTEX | ATTN: RAPHAEL JAVAHERI | 1035 SOUTH GRAND AVE | LOS ANGELES | CA | 90015 | RNJ@ECOTEX.COM | EMAIL |
| EXPERIAN MARKETING SERVICES, INC. | FRANKGECKER LLP | JOSPEH D. FRANK; REED HEILIGMAN | 325 NORTH LASALLE ST, SUITE 625 | | CHICAGO | IL | 60654 | JFRANK@FGLLP.COM; RHEILIGMAN@FGLLP.COM | EMAIL |
| GLIMCHER PROPERTIES LIMITED PARTNERSHIP | FROST BROWN TODD LLC | RONALD E GOLD, LINDSEY F. BAKER, ESQS. | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | RGOLD@FBTLAW.COM; LBAKER@FBTLAW.COM | EMAIL |
| COUNSEL FOR LEWISVILLE INDEPENDENT SCHOOL DISTRICT | GEORGE C. SCHERER | LAW OFFICES OF ROBERT E. LUNA, P.C. | 4411 N. CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | SCHERER@TXSCHOOLLAW.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | GGP LIMITED PARTNERSHIP | ATTN: JULIE MINNICK | 110 N. WACKER DRIVE | | CHICAGO | IL | 60606 | JULIE.MINNICK@GGP.COM | EMAIL |
| GORDON BROTHERS REATIL PARTNERS, LLC | GOULSTON & STORRS PC | JAMES F. WALLACK, GREGORY O. KADEN, ESQS. | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | JWALLACK@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | GURU KNITS | ATTN: DANIEL TENEBLATT | 225 W 38TH STREET | | LOS ANGELES | CA | 90037 | DANIEL@MMTEXTILES.COM | EMAIL |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | | PHILADELPHIA | PA | 19104-5016 | SANDRA.I.FELIU@IRS.GOV | EMAIL |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | SANDRA.I.FELIU@IRS.GOV | EMAIL |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | MANHATTAN INSOLVENCY | MARIE CERCHERO, MANAGER; SANDRA FELIU, BANKRUPTCY SPECIALIST | 33 MAIDEN LANE | NEW YORK | NY | 10038 | | FIRST CLASS MAIL |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY | BANKRUPTCY AND SPECIAL ISSUES COUNSEL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | 2030 M STREET NW, 8TH FL | WASHINGTON | DC | 20036 | KCORDRY@NAAG.ORG | EMAIL |
| RETAIL PARTNERS, THE MACERICH COMPANY | KATTEN MUCHIN ROSENMAN LLP | DUSTIN P. BRANCH, ESQ. | 2029 CENTURY PARK EAST | SUITE 2600 | LOS ANGELES | CA | 90067-3012 | DUSTIN.BRANCH@KATTENLAW.COM | EMAIL |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | JAMES S. CARR ROBERT L. LEHANE GILBERT R. SAYDAH JR. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | KDWBANKRUPTCYDEPARTMENT@KELLEY DRYE.COM | EMAIL |
| COUNSEL TO WESTFIELD, LLC AND LANDLORD AFFILIATES | LECLAIRRYAN, PC | ILAN AMRKUS, ESQ. & NICLAS A. FERLAND, ESQ. | 545 LONG WHARF DRIVE | 9TH FLOOR | NEW HAVEN | CT | 06511 | ILAN.MARKUS@LECLAIRRYAN.COM; NICLAS.FERLAND@LECLAIRRYAN.COM | EMAIL |
| COUNSEL FOR TARRANT COUNTY AND DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ELIZABETH WELLER | 2777 N STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@PUBLICANS.COM | EMAIL |
| CITY OF MCALLEN, SOUTH TEXAS COLLEGE, SOUTH TEXAS ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760 | AUSTIN.BANKRUPTCY@PUBLICANS.COM | EMAIL |
| COUNSEL FOR DEFY MEDIA, LLC | LOWENSTEIN SANDLER LLP | SHARON L. LEVINE | 65 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068-0000 | SLEVINE@LOWENSTEIN.COM | EMAIL |
| COUNSEL FOR DEFY MEDIA, LLC | LOWENSTEIN SANDLER LLP | STEVEN E SIESSER | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | SSIESSER@LOWENSTEIN.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | MARKETLIVE | | 75 REMITTANCE DR DEPT 1372 | | CHICAGO | IL | 60675-1372 | INFO@MARKETLIVE.COM | EMAIL |

Exhibit A
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD |
|---|---|---|---|---|---|---|---|---|---|
| UNSECURED CREDITORS COMMITTEE MEMBER | MARKETLIVE | ATTN: CHRISTOPHER FERNANDES, ESQ. | 617B SECOND ST | | PETALUMA | CA | 94952 | CFERNANDES@MARKETLIVE.COM | EMAIL |
| TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | LEE GORDON | PO BOX 1269 | | ROUND ROCK | TX | 78680 | | FIRST CLASS MAIL |
| COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | BRIAN I. SWETT | 77 WEST WACKER DRIVE | | CHICAGO | IL | 60601-1818 | BSWETT@MCGUIREWOODS.COM | EMAIL |
| COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | MICHAEL G. PARISI | 1230 PEACHTREE STREET, NE | SUITE 2100 | ATLANTA | GA | 30309-3534 | MPARISI@MCGUIREWOODS.COM | EMAIL |
| GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | PATRICK L. HAYDEN, SHAWN R. FOX, ESQS. | 1345 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10105 | PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM | EMAIL |
| GENERAL ELECTRIC CAPITAL CORPORATION | MCGUIREWOODS LLP | BRIAN I. SWETT | 77 WEST WACKER DRIVE | | CHICAGO | IL | 60601 | BSWETT@MCGUIREWOODS.COM | EMAIL |
| GENERAL COMPANY NEWCO, LLC, HOLYOKE MALL COMPANY, L.P., EKLECCO | MENTER, RUDIN & TRIVELPIECE, P.C. | KEVIN K. NEWMAN, ESQ. | 308 MALTBIE STREET, SUITE 200 | | SYRACUSE | NY | 13204-1439 | KNEWMAN@MENTERLAW.COM | EMAIL |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE | SERENE NAKANO; RICHARD MORRISSEY | US FEDERAL OFFICE BUILDING | 201 VARICK ST STE 1006 | NEW YORK | NY | 10014 | SERENE.NAKANO@USDOJ.GOV; RICHARD.MORRISSEY@USDOJ.GOV | OVERNIGHT MAIL & EMAIL |
| COUNSEL FOR ARLINGTON ISD, CARROLL ISD AND CITY OF HIGHLAND VILLAGE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ELIZABETH BANDA CALVO | 500 E BORDER STREET, SUITE 640 | | ARLINGTON | TX | 76010 | EBCALVO@PBFCM.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | QUAD GRAPHICS INC | | P.O. BOX 842858 | | BOSTON | MA | 02284-0000 | QGRAPHICS@QG.COM; KIM.DOESCHER@QG.COM | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | QUAD GRAPHICS INC | ATTN: PAT RYDZIK | N61 W23044 HARRY'S WAY | | SUSSEX | WI | 53089-3995 | PAT.RYDZIK@QG.COM | EMAIL |
| SECURED CREDITORS | SALUS CAPITAL PARTNERS, LLC | KYLE C SHONAK | 197 FIRST AVENUE, SUTIE 250 | | NEEDHAM HEIGHTS | MA | 02494-0000 | KSHONAK@SALUSCAPITAL.COM | EMAIL |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV | EMAIL |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET STE 400 | NEW YORK | NY | 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | EMAIL |
| UNSECURED CREDITORS COMMITTEE MEMBER | SIMON PROPERTY GROUP, INC. | RONALD M TUCKER | 225 WEST WASHINGTON STREET | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM | EMAIL |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | JAY W. HURST, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | FIRST CLASS MAIL |
| COUNSEL TO THE TAUBMAN COMPANY, THE TAUBMAN LANDLORDS | THE TAUBMAN COMPANY, THE TAUBMAN LANDLORDS | ANDREW S. CONWAY, ESQ. | 200 EAST LONG LAKE ROAD | SUITE 300 | BLOOMFIELD HILLS | MI | 48304 | ACONWAY@TAUBMAN.COM | EMAIL |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN BANKRUPTCY DIVISION | 86 CHAMBERS ST 3RD FLOOR | | NEW YORK | NY | 10007 | JEFFREY.OESTERICHER@USDOJ.GOV; MATTHEW.SCHWARTZ@USDOJ.GOV | EMAIL |
| JPL DAISY LLC | WACHTELL, LIPTON, ROSEN & KATZ | ALEXANDER B. LEES, SCOTT K. CHARLES, ESQS. | 51 WEST 52 ST | | NEW YORK | NY | 10019 | ABLEES@WLRK.COM; SKCHARLES@WLRK.COM | EMAIL |

## Exhibit B

SRF 1724

Exhibit B
Landlord Assumption Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | METHOD |
|------|-------------|-----------|-----------|------|-------|-----|--------|
| Agile Pacific | Attn General Counsel | 4455 Morena Blvd | Suite 216 | San Diego | CA | 92117 | OVERNIGHT MAIL |
| Agile Pacific | Attn General Counsel | 3228 Grey Hawk Court | | Carlsbad | CA | 92010 | OVERNIGHT MAIL |
| Defy Media LLC | Attn General Counsel | 498 7th Avenue | | NEW YORK | NY | 10018 | OVERNIGHT MAIL |
| Defy Media LLC | Sharon L Levine | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland | NJ | 07068-0000 | OVERNIGHT MAIL |
| Delias Brand LLC | co Delias Asset Corp | Attn Ryan A Schreiber | 50 West 23rd Street | NEW YORK | NY | 10010 | OVERNIGHT MAIL |
| Hitachi Data Systems | Attn General Counsel | 2845 Lafayette Street | | Santa Clara | CA | 95050 | OVERNIGHT MAIL |
| Hitachi Data Systems | Attn General Counsel | PO BOX 99257 | | Chicago | IL | 60693 | OVERNIGHT MAIL |
| JDA Software Inc | Attn General Counsel | 14400 N 87th Street | | Scottsdale | AZ | 85260-3649 | OVERNIGHT MAIL |
| JDA Software Inc | Attn General Counsel | PO BOX 20261 | | Dallas | TX | 75320-2621 | OVERNIGHT MAIL |
| Mk Strategies | Attn General Counsel | 1150 First Avenue | Suite 501 | King of Prussia | PA | 19406 | OVERNIGHT MAIL |
| Siber Systems | Attn General Counsel | 11781 Lee Jackson Mem Hwy | Suite 380 | Fairfax | VA | 22033 | OVERNIGHT MAIL |
| Symantec | Attn General Counsel | 350 Ellis Street | | Mountain View | CA | 94043 | OVERNIGHT MAIL |
| Vertex Inc | Attn General Counsel | 1041 Old Cassatt Road | | Berwyn | PA | 19312 | OVERNIGHT MAIL |