Gregg M. Galardi
Dienna Corrado
Arkady A. Goldinstein
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., et al., | Case No. 14-23678 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 20, 2015 AT 10:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | **March 20, 2015 at 10:00 a.m. (Eastern Time)** |
| Location of Hearing: | Courtroom of the Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street, Room 118<br>White Plains, New York 10601 |
| Copies of Motion: | A copy of each of the documents on the Agenda may be viewed on the Court's website at https://ecf.nysb.uscourts.gov/ or without charge at the Debtors' case information website at http://cases.primeclerk.com/delias. |

---

[1] The Debtors in these Chapter 11 cases, together With the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

EAST\96702688.2

I.  **UNCONTESTED MATTERS**

1.  Debtors' Motion for Entry of an Order Approving the Sale of the Visa/MasterCard Claim [Docket No. 298].

    Related Documents:

    a.  Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Visa/MasterCard Claim, (II) Approving the Form and Manner of Notice, and (III) Scheduling an Auction and a Sale Hearing [Docket No. 256].

    b.  Order (I) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Visa/MasterCard Claim, (II) Approving the Form and Manner of Notice, and (III) Scheduling an Auction and a Sale Hearing [Docket No. 280].

    Objection Deadline:  March 17, 2015 at 4:00 p.m. (Eastern Time).

    Responses:  None.

    **Status:  The hearing on this matter is going forward.  The Debtors intend to submit a revised proposed order following the auction that is currently scheduled for March 18, 2015.**

2.  Debtors' Motion for Entry of (I) An Order (A) Approving Bidding Procedures for the Sale of the Debtors Distribution Center, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) Order Authorizing and Approving the Sale of the Distribution Center [Docket No. 290].

    Related Documents:

    a.  Notice of Filing of Revised Proposed Bidding Procedures Order on the Debtors' Motion for Entry of (I) An Order (A) Approving Bidding Procedures for the Sale of the Debtors Distribution Center, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing, and (II) Order Authorizing and Approving the Sale of the Distribution Center [Docket No. 356].

    Objection Deadline:  March 13, 2015 at 4:00 p.m. (Eastern Time).

    Responses:  None.

EAST\96702688.2                                2

> **Status:** The hearing on this matter is going forward. The Debtors have filed a revised proposed bid procedures order that, among other things, provides that any party submitting a bid on the Distribution Center may also include in such bid any fixtures, furniture and equipment located therein.

3. Debtors' Motion for Entry of an Order Authorizing the Debtors to Destroy Obsolete and Duplicate Records [Docket No. 310].

   Related Documents:

   a. Notice of Filing of Supplement to Debtors' Motion for Entry of an Order Authorizing the Debtors to Destroy Obsolete and Duplicate Records [Docket No. 348].

   Objection Deadline: March 13, 2015 at 4:00 p.m. (Eastern Time).

   Responses: None.

   **Status:** The hearing on this matter is going forward.

II. **CONTESTED MATTERS**

1. Notice of Motion of Two Trees Management Co., LLC (A) to Compel Payment for Post-Petition Use and Occupancy of Premises; (B) to Compel Assumption or Rejection of a Lease by a Date Certain and (C) for Relief from the Automatic Stay to Gain Possession of the Debtors' Premises [Docket No. 241].

   Related Documents:

   a. Memorandum of Law in Support of Motion of Two Trees Management Co., LLC (A) to Compel Payment for Post-Petition Use and Occupancy of Premises; (B) to Compel Assumption or Rejection of a Lease by a Date Certain and (C) for Relief from the Automatic Stay to Gain Possession of the Debtors' Premises [Docket No. 242].

   Objection Deadline: March 16, 2015 at 4:00 p.m. (Eastern Time).

   Responses:

   a. Debtors' Objection to Memorandum of Law in Support of Motion of Two Trees Management Co., LLC (A), to Compel Payment for Post-Petition Use and Occupancy of Premises; (B) to Compel Assumption or Rejection of a Lease by a Date Certain and (C) for Relief from the Automatic Stay to Gain Possession of the Debtors' Premises [Docket No. 347].

   **Status:** The hearing on this matter is going forward.

| | |
|---|---|
| Dated:  New York, New York<br>           March 18, 2015 | */s/ Gregg M. Galardi*<br>Gregg M. Galardi<br>Dienna Corrado<br>Arkady A. Goldinstein<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 335-4500<br>Facsimile:  (212) 335-4501<br><br>*Counsel for the Debtors and Debtors in Possession* |