Gregg M. Galardi
Dienna Corrado
Arkady A. Goldinstein
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| dELiA*s, INC., *et al.*, | Case No. 14-23678 (RDD) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF FILING OF AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that on December 7, 2014 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (A) Approving Bidding Procedures for the Sale of the Debtors' Distribution Center, Including, Any Furniture, Fixtures and Equipment Located Therein, (B) Approving Procedures for Assumption and Assignment of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and a Sale Hearing* [Docket No. 369] (the "Bid Procedures Order"), an auction was held on March 31, 2015 (the "Auction") to determine the highest or otherwise best bid for the Debtors' Distribution Center located in Hanover, PA and any FF&E located therein (as defined in the Bid Procedures Order).

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: dELiA*s, Inc. (7172); dELiA*s Distribution Company (9076); A Merchandise, LLC (7639); dELiA*s Operating Company (3765); dELiA*s Retail Company (0036); dELiA*s Group Inc. (4035); AMG Direct, LLC (9236); dELiA*s Assets Corp. (3754); DACCS, Inc. (0225). The mailing address for the Debtors, solely for purposes of notices and communications, is: 50 West 23rd Street, New York, NY 10010.

**PLEASE TAKE FURTHER NOTICE** that a copy of the transcript of the Auction is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: March 31, 2015<br>New York, New York | */s/ Gregg M. Galardi*<br>Gregg M. Galardi<br>Dienna Corrado<br>Arkady A. Goldinstein<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br><br>*Counsel for the Debtors and Debtors in Possession* |

## EXHIBIT A

## AUCTION TRANSCRIPT

Page 1

IN RE:  d'ELiA*s Inc.,

-------------------------------------------

TRANSCRIPT OF AUCTION PROCEEDINGS

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of DLA PIPER LLP (US), 1251 Avenue of the Americas, New York, New York, on Tuesday, March 31, 2015, commencing at 10:02 a.m.

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4        DLA PIPER LLP
          ARKADY A. GOLDINSTEIN, ESQ.
 5        DIENNA CORRADO, ESQ.
          Attorneys for the Debtor
 6
 7        Ryan A. Schreiber, Esq., Debtor
 8        Matt Matlat, A&G Realty Partners
 9        Lee Diercks, Clear Thinking Group, LLC
10        John Ventola, Esq.
          Choate, Hall & Stewart, LLP
11        Representing Salus
12        Andrew Prunier, Salus Capital
13        David Gelfus, Capstone
                  Creditors Committee
14
15        Benjamin Feder, Creditors Committee
16
      Present Telephonically:
17
18
          Seth D. Mennillo, Esq.
19        Choate, Hall & Stewart, LLP
20        John Coles, Esq.
21    BIDDERS:
22        Allen M. Smith, Conewago
23        Kurt E. Dietrich, Hanover Logistics
24
25
```

Page 3

```
 1            d'ELiA*s Auction
 2        P R O C E E D I N G S
 3        MR. MATLAT:  Okay.  We are
 4    going to go on the record now.  Good
 5    morning, my name is Mike Matlat,
 6    senior managing director of A&G Realty
 7    Partners.  A&G was retained by the
 8    debtor as their real estate consultant
 9    pursuant to the bankruptcy court order
10    entered on January 26, 2015, to market
11    and, if necessary, auction the d'ELiA*s
12    warehouse distribution center located
13    at 348 to 350 Poplar Avenue, Hanover,
14    Pennsylvania.
15        The consultants publicized the
16    sale of the property by E-Mail,
17    broadcast to prospects, loop net
18    listing, placed signage on the
19    property, advertised in the Baltimore
20    Sun, Philadelphia Inquirer, and the
21    Hanover Evening Sun.
22        The consultants have been
23    contacted by approximately 20
24    prospects, and, as a result, have
25    received two qualified bids for the
```

Page 4

```
 1            d'ELiA*s Auction
 2    building, which bring us to today's
 3    auction.
 4        Here with me today are Ryan
 5    Schreiber, president of d'ELiA*s;
 6    Dienna Corrado, debtor's counsel of
 7    DLA Piper; Lee Diercks, of Clear
 8    Thinking Group.  Anybody else wish to
 9    be recognized.
10        MR. FEDER:  Yes, Benjamin Feder
11    on behalf of the official committee of
12    unsecured creditors.
13        MR. VENTOLA:  John Ventola of
14    Choate, Hall & Stewart, representing
15    Salus Capital.
16        MR. PRUNIER:  Andrew Prunier
17    from Salus Capital.
18        MR. MATLAT:  This auction is to
19    determine the highest and best offer
20    and the second best and highest offer
21    as the designated back-up bidder.
22        We have a court reporter
23    transcribing these proceedings.  So
24    please speak clearly and identify
25    yourself when bidding.
```

Page 5

```
 1            d'ELiA*s Auction
 2        Bidding will take place as
 3    follows.  The opening bid will be
 4    announced as well as the current
 5    highest and best offer.  We will be
 6    proceeding with $25,000 increments
 7    until further notice.  Everyone should
 8    have received a copy of the bid
 9    procedures, submitted their bids in
10    accordance with the bid procedures,
11    and will hereby be bound by the bid
12    procedures.
13        Are there any questions?
14        The auction will take place in
15    a deliberate fashion.  The debtor,
16    with the assistance of counsel, and
17    the lender may call for a break at any
18    time to consider the status of offers.
19        The auction is not over until I
20    announce that it is over and announce
21    the first highest and best and the
22    second highest and best bids as well
23    as the back-up bidder, who will be
24    designated should the number one party
25    falter.
```

2 (Pages 2 to 5)

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

Page 6

d'ELiA*s Auction

Do not leave or hang up until the end of the auction. Bidders may request a break at any time to make a phone call or otherwise consider the status of their bids. Each bidder will be allowed two five-minute breaks during the course of the auction.

You are reminded that it is a federal crime to engage in collusive bidding or to chill the bidding.

I spoke to both parties before the auction, and Conewago was our initial bid that we went to court with at $3,676,500. Their offer was for the building alone without the FF&E.

Subsequently, the debtor received a bid from Hilco for $150,000, which would bring the initial bid of Conewago and Hilco to $3,826,500.

Conewago has agreed to take the place of the debtor with the agency agreement dealing with Hilco and the sale of the FF&E. So I just want to

Page 7

d'ELiA*s Auction

clarify that on the record, that Conewago is now going to be bidding for the building and the FF&E.

Can you please confirm that, Allen?

MR. SMITH: That is correct.

MR. MATLAT: So with a purchase price of 3,826,500, we subsequently received a bid from Hanover Logistics for $25,000 more, in the amount of $3,851,500. And that is for the building and the FF&E. So, now, we are going apples to apples.

Each party's bid will be for the building and the FF&E. The high bid right now is from Hanover Logistics, and it's for $3,851,500.

The next increment would be to Conewago. While we have a minimum bid of $25,000, Allen, if you wish to send a message with something bigger, there is no limit on how high your increment can be.

MR. VENTOLA: This is John

Page 8

d'ELiA*s Auction

Ventola on behalf of Salus.

If I could also ask that, if there is going to be any other change in the bid beyond the dollars, timing, conditions, or anything, please ask that the bidder state that on the record. Otherwise, I think we will all assume that there are no other changes, again, other than the numbers.

MR. MATLAT: Okay. Did everybody hear that?

MR. SMITH: Yes.

MR. DIETRICH: Yes.

MR. MATLAT: And I think -- just for the record, I think both parties, we can have them agree they are prepared to close either April 2nd or April 3rd, as soon as the court enters the order.

MR. VENTOLA: And, again, John Ventola, if the bidders would confirm that, that would be -- that would be very helpful.

Page 9

d'ELiA*s Auction

MR. MATLAT: Allen Smith from Conewago, can you please confirm.

MR. SMITH: Yes.

MR. MATLAT: Kurt Dietrich, from Hanover Logistics, can you confirm?

MR. DIETRICH: Yes.

MR. VENTOLA: Thank you very much, everybody.

MR. MATLAT: Okay. Allen Smith, the bid is to you, Conewago.

MR. SMITH: We will increase our bid to 3,876,500, the increase of 25,000.

MR. MATLAT: Mr. Dietrich.

MR. DIETRICH: We will increase it for 25,000.

MR. MATLAT: If somebody wants to make a move to a nice round number, how about three million nine?

MR. DIETRICH: We are already there.

MR. MATLAT: Have you got a nice round number, Kurt, just to help

3 (Pages 6 to 9)

Page 10

d'ELiA*s Auction
everybody out with the math here? We have a lot of attorneys in there, not accountants.
	MR. DIETRICH: Three million nine even, is that what you are saying?
	MR. MATLAT: That wouldn't do it.
	MR. DIETRICH: Okay.
	MR. MATLAT: Give me 3,950,000.
	MR. DIETRICH: Okay.
	MR. FEDER: Whose bid is that?
	MR. MATLAT: 3,950,000 is the bid from Kurt Dietrich of Hanover Logistics.
	To you now, Allen.
	MR. SMITH: No, we are not interested in going any higher than that.
	MR. MATLAT: Do you want to take a break to consider?
	MR. SMITH: No.
	MR. MATLAT: Are you sure?
	MR. SMITH: We are certain.

Page 11

d'ELiA*s Auction
	MR. MATLAT: Okay. I am going to ask Salus and the committee if the debtor wants to take a break to consider the status of offers.
	MR. VENTOLA: Yes, I think that would be helpful.
	MR. MATLAT: Debtor is going to take a break to consider the status of offers.
	(There was a discussion off the record.)
	MR. MATLAT: Okay. We are going back on the record.
	The debtor, after consultation with counsel, the lenders, and their financial advisors, are prepared to accept the first highest and best bid from Hanover Logistics of $3,950,000. Conewago will be announced on the record as the designated second highest and best bid as the back-up bidder should Hanover Logistics not be able to close.
	I would like the -- Salus, the

Page 12

d'ELiA*s Auction
lender, and committee to please confirm that they are in agreement with the results of the auction and the debtor's decision to choose Hanover Logistics at $3,950,000 as the successful bid.
	MR. VENTOLA: This is John Ventola on behalf of Salus. The bid, the amount of the bid is acceptable to Salus. I would just like to confirm there are no changes to the P and S that's going to be requested by the bidder or anybody else.
	MR. MATLAT: No changes?
	MR. DIETRICH: No.
	MR. VENTOLA: Well, with that and subject to seeing any revisions to the sale order, the bid is acceptable to Salus.
	MR. FEDER: Benjamin Feder on behalf of the committee. We agree with the debtor's determination in the exercise of its reasonable business judgment that the bid of Hanover at

Page 13

d'ELiA*s Auction
3,950,000 is the highest and best.
	MR. MATLAT: Okay. That brings a close to the auction. Thank everybody for participating, and have a good day.
	Dienna Corrado will be in touch with John Coles regarding -- I mean, with Kurt Dietrich and your attorney regarding closing.
	Kurt, you do anticipate trying to close after the hearing on Thursday, April 2nd.
	MR. DIETRICH: As early as possible that afternoon or first thing the next morning, whenever everybody gets their act together.
	MR. MATLAT: Okay. Thank you very much.
	(The auction concluded at 10:16 a.m.)

4 (Pages 10 to 13)

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

Page 14

```
 1
 2            CERTIFICATE
 3
 4       I, TAB PREWETT, A Registered
         Professional Reporter, Notary Public,
 5       Certified LiveNote Reporter, and Certified
         Shorthand Reporter, do hereby certify that
 6       the foregoing is a true and accurate
         transcript of the proceedings as taken
 7       stenographically by and before me at the
         time, place and on the date hereinbefore
 8       set forth.
 9
10           I DO FURTHER CERTIFY that I am
         neither a relative nor employee nor
11       attorney nor counsel of any of the parties
         to this action, and that I am neither a
12       relative nor employee of such attorney or
         counsel, and that I am not financially
13       interested in the action.
14
15       _____
16
17       Notary Public
18
19       My Commission expires February 9, 2019
         Dated:  March 31, 2015
20
21
22
23
24
25
```

5 (Page 14)

## A
**able** 11:24
**aboveentitled** 1:16
**accept** 11:18
**acceptable** 12:10 12:19
**accountants** 10:4
**accurate** 14:6
**act** 13:17
**action** 14:11,13
**advertised** 3:19
**advisors** 11:17
**afternoon** 13:15
**agency** 6:23
**agree** 8:18 12:22
**agreed** 6:22
**agreement** 6:24 12:3
**allen** 2:22 7:6,21 9:2,11 10:17
**allowed** 6:7
**americas** 1:22
**amount** 7:11 12:10
**andrew** 2:12 4:16
**announce** 5:20,20
**announced** 5:4 11:20
**anticipate** 13:11
**anybody** 4:8 12:14
**apples** 7:14,14
**approximately** 3:23
**april** 8:19,20 13:13
**arkady** 2:4
**assistance** 5:16
**assume** 8:9
**attorney** 13:9 14:11,12
**attorneys** 2:5 10:3
**auction** 1:10 3:1,11 4:1,3,18 5:1,14,19 6:1,3,8,13 7:1 8:1 9:1 10:1 11:1 12:1,4 13:1,4,20
**avenue** 1:21 3:13

## B
**back** 11:14
**backup** 4:21 5:23 11:22
**baltimore** 3:19
**bankruptcy** 3:9
**behalf** 4:11 8:2 12:9,22
**benjamin** 2:15 4:10 12:21
**best** 4:19,20 5:5,21 5:22 11:18,22 13:2
**beyond** 8:5
**bid** 5:3,8,10,11 6:14,18,20 7:10 7:15,17,20 8:5 9:12,14 10:13,15 11:18,22 12:7,9 12:10,19,25
**bidder** 4:21 5:23 6:6 8:7 11:23 12:14
**bidders** 2:21 6:3 8:23
**bidding** 4:25 5:2 6:11,11 7:3
**bids** 3:25 5:9,22 6:6
**bigger** 7:22
**bound** 5:11
**break** 5:17 6:4 10:22 11:4,9
**breaks** 6:7
**bring** 4:2 6:19
**brings** 13:3
**broadcast** 3:17
**building** 4:2 6:16 7:4,13,16
**business** 12:24

## C
**c** 2:2 3:2
**call** 5:17 6:5
**capital** 2:12 4:15 4:17
**capstone** 2:13
**center** 3:12
**certain** 10:25
**certificate** 14:2
**certified** 1:18,19 14:5,5
**certify** 14:5,10
**change** 8:4
**changes** 8:10 12:12 12:15
**chill** 6:11
**choate** 2:10,19 4:14
**choose** 12:5
**clarify** 7:2
**clear** 2:9 4:7
**clearly** 4:24
**close** 8:19 11:24 13:4,12
**closing** 13:10
**coles** 2:20 13:8
**collusive** 6:10
**commencing** 1:23
**commission** 14:19
**committee** 2:13,15 4:11 11:3 12:2,22
**concluded** 13:20
**conditions** 8:6
**conewago** 2:22 6:13,20,22 7:3,20 9:3,12 11:20
**confirm** 7:5 8:23 9:3,7 12:3,11
**consider** 5:18 6:5 10:22 11:5,9
**consultant** 3:8
**consultants** 3:15,22
**consultation** 11:15
**contacted** 3:23
**copy** 5:8
**corrado** 2:5 4:6 13:7
**correct** 7:7
**counsel** 4:6 5:16 11:16 14:11,12
**course** 6:8
**court** 3:9 4:22 6:14 8:20
**creditors** 2:13,15 4:12
**crime** 6:10

## D
**current** 5:4

**d** 2:18 3:2
**date** 14:7
**dated** 14:19
**david** 2:13
**day** 13:6
**dealing** 6:24
**debtor** 2:5,7 3:8 5:15 6:17,23 11:4 11:8,15
**debtors** 4:6 12:5,23
**decision** 12:5
**delia** 1:3 3:1,11 4:1 4:5 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1
**deliberate** 5:15
**designated** 4:21 5:24 11:21
**determination** 12:23
**determine** 4:19
**dienna** 2:5 4:6 13:7
**diercks** 2:9 4:7
**dietrich** 2:23 8:15 9:5,8,16,17,22 10:5,10,12,15 12:16 13:9,14
**director** 3:6
**discussion** 11:11
**distribution** 3:12
**dla** 1:21 2:4 4:7
**dollars** 8:5

## E
**e** 2:2,2,23 3:2,2 6:16,25 7:4,13,16
**early** 13:14
**either** 8:19
**email** 3:16
**employee** 14:10,12
**engage** 6:10
**entered** 3:10
**enters** 8:21
**esq** 2:4,5,7,10,18 2:20

## 
**estate** 3:8
**evening** 3:21
**everybody** 8:13 9:10 10:2 13:5,16
**exercise** 12:24
**expires** 14:19

## F
**falter** 5:25
**fashion** 5:15
**february** 14:19
**feder** 2:15 4:10,10 10:13 12:21,21
**federal** 6:10
**ff** 6:16,25 7:4,13,16
**financial** 11:17
**financially** 14:12
**first** 5:21 11:18 13:15
**fiveminute** 6:7
**follows** 5:3
**foregoing** 14:6
**forth** 14:8
**further** 5:7 14:10

## G
**g** 2:8 3:2,6,7
**gelfus** 2:13
**give** 10:11
**go** 3:4
**going** 3:4 7:3,14 8:4 10:19 11:2,8 11:14 12:13
**goldinstein** 2:4
**good** 3:4 13:6
**group** 2:9 4:8

## H
**hall** 2:10,19 4:14
**hang** 6:2
**hanover** 2:23 3:13 3:21 7:10,17 9:6 10:15 11:19,23 12:6,25
**hear** 8:13
**hearing** 13:12
**held** 1:20
**help** 9:25

**helpful** 8:25 11:7
**hereinbefore** 14:7
**high** 7:16,23
**higher** 10:19
**highest** 4:19,20 5:5 5:21,22 11:18,22 13:2
**hilco** 6:18,20,24

**I**
**identify** 4:24
**increase** 9:13,14,17
**increment** 7:19,23
**increments** 5:6
**initial** 6:14,20
**inquirer** 3:20
**interested** 10:19 14:13

**J**
**january** 3:10
**john** 2:10,20 4:13 7:25 8:22 12:8 13:8
**judgment** 12:25

**K**
**kurt** 2:23 9:5,25 10:15 13:9,11

**L**
**leave** 6:2
**lee** 2:9 4:7
**lender** 5:17 12:2
**lenders** 11:16
**limit** 7:23
**listing** 3:18
**livenote** 1:19 14:5
**llc** 2:9
**llp** 1:21 2:4,10,19
**located** 3:12
**logistics** 2:23 7:10 7:18 9:6 10:16 11:19,23 12:6
**loop** 3:17
**lot** 10:3

**M**

**m** 1:24 2:22 13:21
**managing** 3:6
**march** 1:23 14:19
**market** 3:10
**math** 10:2
**matlat** 2:8 3:3,5 4:18 7:8 8:12,16 9:2,5,11,16,19,24 10:8,11,14,21,24 11:2,8,13 12:15 13:3,18
**matt** 2:8
**matter** 1:16
**mean** 13:8
**mennillo** 2:18
**message** 7:22
**mike** 3:5
**million** 9:21 10:5
**minimum** 7:20
**morning** 3:5 13:16
**move** 9:20

**N**
**n** 2:2 3:2
**name** 3:5
**necessary** 3:11
**neither** 14:10,11
**net** 3:17
**new** 1:22,22
**nice** 9:20,25
**nine** 9:21 10:6
**notary** 1:20 14:4,17
**notes** 1:15
**notice** 5:7
**number** 5:24 9:20 9:25
**numbers** 8:11

**O**
**o** 3:2
**offer** 4:19,20 5:5 6:15
**offers** 5:18 11:5,10
**offices** 1:21
**official** 4:11
**okay** 3:3 8:12 9:11 10:10,12 11:2,13 13:3,18

**opening** 5:3
**order** 3:9 8:21 12:19

**P**
**p** 2:2,2 3:2 12:12
**participating** 13:5
**parties** 6:12 8:18 14:11
**partners** 2:8 3:7
**party** 5:24
**partys** 7:15
**pennsylvania** 3:14
**philadelphia** 3:20
**phone** 6:5
**piper** 1:21 2:4 4:7
**place** 5:2,14 6:23 14:7
**placed** 3:18
**please** 4:24 7:5 8:6 9:3 12:2
**poplar** 3:13
**possible** 13:15
**prepared** 8:19 11:17
**present** 2:16
**president** 4:5
**prewett** 1:17 14:4
**price** 7:9
**procedures** 5:9,10 5:12
**proceeding** 5:6
**proceedings** 1:10 1:15 4:23 14:6
**professional** 1:18 14:4
**property** 3:16,19
**prospects** 3:17,24
**prunier** 2:12 4:16 4:16
**public** 1:20 14:4,17
**publicized** 3:15
**purchase** 7:8
**pursuant** 3:9

**Q**
**qualified** 3:25
**questions** 5:13

**R**
**r** 2:2 3:2
**real** 3:8
**realty** 2:8 3:6
**reasonable** 12:24
**received** 3:25 5:8 6:18 7:10
**recognized** 4:9
**record** 3:4 7:2 8:8 8:17 11:12,14,21
**regarding** 13:8,10
**registered** 1:17 14:4
**relative** 14:10,12
**reminded** 6:9
**reporter** 1:18,19,20 4:22 14:4,5,5
**representing** 2:11 4:14
**request** 6:4
**requested** 12:13
**result** 3:24
**results** 12:4
**retained** 3:7
**revisions** 12:18
**right** 7:17
**round** 9:20,25
**ryan** 2:7 4:4

**S**
**s** 1:3 2:2 3:1,2,11 4:1,5 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1,12 13:1
**sale** 3:16 6:25 12:19
**salus** 2:11,12 4:15 4:17 8:2 11:3,25 12:9,11,20
**saying** 10:7
**schreiber** 2:7 4:5
**second** 4:20 5:22 11:21
**seeing** 12:18
**send** 7:21
**senior** 3:6
**set** 14:8

**seth** 2:18
**shorthand** 1:19 14:5
**signage** 3:18
**smith** 2:22 7:7 8:14 9:2,4,12,13 10:18 10:23,25
**somebody** 9:19
**soon** 8:20
**speak** 4:24
**spoke** 6:12
**state** 8:7
**status** 5:18 6:6 11:5 11:9
**stenographic** 1:14
**stenographically** 14:7
**stewart** 2:10,19 4:14
**subject** 12:18
**submitted** 5:9
**subsequently** 6:17 7:9
**successful** 12:7
**sun** 3:20,21
**sure** 10:24

**T**
**tab** 1:17 14:4
**take** 5:2,14 6:22 10:22 11:4,9
**taken** 1:16 14:6
**telephonically** 2:16
**thank** 9:9 13:4,18
**thats** 12:13
**thing** 13:15
**think** 8:8,16,17 11:6
**thinking** 2:9 4:8
**three** 9:21 10:5
**thursday** 13:13
**time** 5:18 6:4 14:7
**timing** 8:5
**today** 4:4
**todays** 4:2
**touch** 13:7
**transcribing** 4:23

**transcript** 1:10,14 14:6
**true** 14:6
**trying** 13:11
**tuesday** 1:23
**two** 3:25 6:7

**U**

**unsecured** 4:12

**V**

**ventola** 2:10 4:13 4:13 7:25 8:2,22 8:23 9:9 11:6 12:8,9,17

**W**

**want** 6:25 10:21
**wants** 9:19 11:4
**warehouse** 3:12
**went** 6:14
**wish** 4:8 7:21
**wouldnt** 10:8

**X**

**Y**

**york** 1:22,22

**Z**

**0**

**000** 5:6 6:19 7:11 7:21 9:15,18 10:11,14 11:19 12:6 13:2
**02** 1:24

**1**

**10** 1:24 13:21
**1251** 1:21
**150** 6:19
**16** 13:21

**2**

**20** 3:23
**2015** 1:23 3:10 14:19
**2019** 14:19

**25** 5:6 7:11,21 9:15 9:18
**26** 3:10
**2nd** 8:19 13:13

**3**

**3** 6:15,21 7:9,12,18 9:14 10:11,14 11:19 12:6 13:2
**31** 1:23 14:19
**348** 3:13
**350** 3:13
**3rd** 8:20

**4**

**5**

**500** 6:15,21 7:9,12 7:18 9:14

**6**

**676** 6:15

**7**

**8**

**826** 6:21 7:9
**851** 7:12,18
**876** 9:14

**9**

**9** 14:19
**950** 10:11,14 11:19 12:6 13:2