| Delias<br>Distribution Center<br>348 Poplar Street<br>Hanover Pa 17331 | | | | Date: | 3/18/2015 |
|---|---|---|---|---|---|
| Category | Name | Description | Model # | Serial # | Qty |
| Conveyor | Logitek | Gravity roller conveyor 22" OD 4"centers | | | 680 |
| | Rapidstan | Gravity roller conveyor 22" OD 3"centers | | | 1080 |
| | Rapidstan | Belt driven live roller (4"center belt) 22" OD 3" | | | 887 |
| | Rapidstan | Thin Belt driven live roller 22" OD 3" | | | 148 |
| | Rapidstan | Curves | | | 9 |
| | Rapidstan | 2:1 Merge | | | 2 |
| | Rapidstan | Motors and Drives | | | 22 |
| | Hytrol | Belt Conv. 30"OD w/ 24" Belt | | | 156 |
| | Rapidstan | Belt driven live roller (4"center belt) 18" OD 3" | | | 60 |
| Rack | Pennco | 48"D X 96" H X 96" W. 2 " X 3" Post | | | 54 |
| | Pennco | 48"D X 96" W  solid steel shelf deck | | | 270 |
| | Interlake Teardrop | 48"D x 96" H X 96" W. 2"X 2" Post Package Rk | | | 17 |
| | Interlake | 48"D X 96"W solid steel sheld deck and dust cover | | | 627 |
| | Interlake | 48"D X 96" H Frames with 3"X 1 5/8"post | | | 126 |
| | Interlake | 96"W X 2 5/8 Face light duty beams | | | 2,062 |
| | Interlake | 46"W X 49"D METAL decking | | | 1,800 |
| | Palmer- Shile | 48"D X 144" H | | | 8 |
| | Palmer- Shile | 144"W X 6" H | | | 36 |
| | Interlake Teardrop | 48"D X 228" H ( 19') Frame 3" X 1 5/8" Post | | | 9 |
| | Speed Rack | 48"D X 228" H ( 19') Frame 3" X 2"pst. w/holes brkt | | | 14 |
| | Speed Rack | 120" W X 4 1/4 "Face Beam | | | 208 |
| | USP Teardrop | 42" D x 132" H (11') | | | 14 |
| | USP Teardrop | Beams 144" W X 3 3/4" Face | | | 180 |
| | Interlake New Style | 42" D X 228" H (19') frame 3" X 1 5/8" | | | 35 |
| | Interlake | Beams 144" W X 3 3/4" Face | | | 24 |
| | USP Teardrop | 42"D X 19' H Spliced at 11' | | | 182 |
| | USP Teardrop | Beams 144" W X 3 3/4" Face | | | 1872 |
| | Pennco | 48" D X 120" H 2" X 2" Light Dutyt | | | 192 |
| | Pennco | 48" D X 96" steel shelf deck | | | 920 |
| | Interlake | 48"D X 120" H  X 2" X2" post Package Rack Frame | | | 260 |
| | Interlake | 48" D X 96" steel shelf deck | | | 621 |
| | Interlake | 24" D x 120" H Frame 3" X 1 5/8" | | | 52 |
| | Interlake | Beams 144" W X 3 3/4" Face | | | 60 |
| | Interlake | 48" X 120"H Frame 3"X 1 5/8" | | | 26 |
| | Interlake | 48"D X 192" H(16')  Frame 3" X 1 5/8" post | | | 207 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Interlake | Beams 120" X 2 1/2" Face |  |  | 1494 |
|  | Interlake | Beams 120" X 3 5/8" Face |  |  | 1188 |
|  | Interlake New Style | 42"D X 17' H 3" X 3" Post |  |  | 215 |
|  | Interlake New Style | Beams 144" W X 6 5/8" Face |  |  | 878 |
|  | Interlake New Style | Beams 144" W X 2 5/8" Face |  |  | 302 |
|  | Interlake | 42" D X 252" H (21') Frame |  |  | 20 |
|  | Interlake | Beams 96 W X 3 5/8" Face |  |  | 264 |
|  | Interlake | 42" D  X144"Frame  3'x3' post |  |  | 3 |
|  | USP Teardrop | 42"D X 16' H 3" x 3" post |  |  | 64 |
|  | USP Teardrop | Beams- 96" W X 4 1/8" face LBI 404 stamped |  |  | 224 |
|  | Unarco T- Bolt | 42" D X 16' H 3" X 3" |  |  | 46 |
|  | Unarco T- Bolt | Beams - 96"W X 4 7/8" |  |  | 168 |
|  | Ridg-U- Rack | 42" D X 12' H  3" X 2 1/2" |  |  | 46 |
|  | Ridg-U- Rack | Beams 96 W X 2 5/8" Face - |  |  | 88 |
|  | Ridg-U- Rack | Beams 144" W X 4 5/8" Face 3470# Cap |  |  | 80 |
| Decking | Wire Mesh | Waterfall- 46" D X 49" W |  |  | 2496 |
|  |  | Waterfall- 49"D X 59"W |  |  | 772 |
|  |  | Waterfall- 49" D X 58" W |  |  | 3808 |
|  |  | Waterfall- 49"D X 46"W |  |  | 244 |
|  |  | Waterfall- 43"D X 46 W |  |  | 3054 |
|  |  | Waterfall- 25"D X 58" W |  |  | 72 |
| Hand Jacks | Crown | Various brands |  |  | 30 |
| Lift Equipment | Crown | Walkie Rider | PE3520 | 6A152938 | 1 |
|  | Crown | Walkie Rider | PE3520 | 6A152939 | 1 |
|  | Crown | Walkie Rider | PE3520 | 6A152949 | 1 |
|  | Crown | Reach | RR3520-30 | 1A186409 | 1 |
|  | Crown | Order Picker | SP3020-30 | 1A181360 | 1 |
|  | Crown | Order Picker | SP3020-30 | 1A174780 | 1 |
|  | Crown | Walkie Rider | PE3520-60 | 6A158221 | 1 |
|  | Crown | Order Picker | SP3020 | 1A206570 | 1 |
|  | Crown | Order Picker | SP3020-30 | 1A213416 | 1 |
|  | Crown | Reach | RR5020 | 1A216215 | 1 |
|  | Crown | Walkie Rider | PE3540-60 | 6A173298 | 1 |
|  | Crown | Order Picker | SP3200 | 1A282967 | 1 |
|  | Crown | Order Picker | SP3200 | 6A282966 | 1 |
|  | Crown | Walkie Rider | PE3540-60 | 1A18204 | 1 |
|  | Crown | Order Picker | PE3540-60 | 1A180718 | 1 |
|  | Toyota | Towmotor | 5FBE-18 | 19062 | 1 |
|  | Toyota | Towmotor | 5FBE-18 | 18959 | 1 |
|  | Toyota | Towmotor | 5FB15 | 25631 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | Toyota | Towmotor | 5FBCU15 | 61575 | 1 |
| | Toyota | Towmotor | 5FBEU15 | 10789 | 1 |
| | Raymond | WALKIE /RIDER | 112TMFRE60L | 1120559648 | 1 |
| | Raymond | WALKIE / RIDER | 112TMFRE60L | 1120345273 | 1 |
| | Raymond | WALKIE /RIDER | 112TMFRE60L | 112024326 | 1 |
| Balers | American | | | | |
| | Environmental | Model-2429 Ram Type 5'Wx 30" D x 48"H | 2429 | | 3 |
| | | Horzontal Type- 23'L X 6'D X 43" H | | | 2 |
| Compactors | Philediphia Tram Rail | 4' Fills a 40 yard container | TP2000E | | 1 |
| | Glosser | 10 hp 440 v 2 yard stationary | | 2A306 | 1 |
| | | | | | |
| Scissor Lifts | JLG | 20' High  with a 50" Platform that extends | 2630ES | 3121165 | 1 |
| | Upright | X-Series | | 6013 | 1 |
| Compressor | Kaesser | SK 19 - KRD Series | | | 1 |
| Carts | Metro Wire | Mobile Picking Cart 48" W X 18"D X 58" w/5shelves | | | 76 |
| | | Mobile Picking Cart 48" W X24"D X 58" w/5shelves | | | 347 |
| Truck Loaders | Best Flex | Powered 14 leg 30" W with skate wheel | | | 1 |
| | Nest a Flex | Gravity 15 leg 24" W skate wheel | | | 1 |
| | Nest a Flex | Gravity 17 leg 30" W skate wheel | | | 1 |
| | Nest a Flex | Gravity 16 leg 24" W skate wheel | | | 1 |
| | Nest a Flex | Gravity 14 leg 24" W skate wheel | | | 1 |
| Lockers | Pennco | 18 Single Tier 12W X 15 D X 60H 4" Legs | | | 18 |
| | Pennco | 6-High Box Lockers 12X12 X15 | | | 4 |
| Truck | GMC | 4X4 '98 Sierra 2500 Mileage: 30,450 W/snow plow | | | 1 |
| | | VIN# 1GTGK24R9WZ501664 | | | |
| Office Equipment | Desk | 30" X 66" with return | | | 10 |
| | Canon Copier | Image Class | D1150 | | 2 |
| | HP | Laser Jet | 0 | | 3 |
| | Dell Computer | Desk Top Computer | | | 5 |
| | Conference Table | 73" W 12' L Comes Appart | | | 1 |
| | Conference chairs | chairs with arms | | | 19 |
| HP | Laser Jet | | | | 2 |
| Dell Computer | Desk Top Computer | | | | 10 |
| Conference Table | 73" W 12' L Comes Appart | | | | 1 |
| Conference chairs | chairs with arms | | | | 19 |
| Misc: | Dandux Cart | Laundry Type Basket 5' X 30" X 30" | | | 15 |
| | Workbench | Packing table. Rivet Tier 8'w x 4'D with bottom | | | 25 |
| | | shelf and riser | | | |
| | FleAire Furnace | Don Lee Technoligies | 150-A.F.62FU | B37-151 | 3 |
| | | Input -1,875,000 BTUH | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Output -1,500,000 BTUH | | | |
| | Mannequins | Full Size New In the box 5' | | | 12 |
| | | Base Type 1/2 | | | 24 |
| | Clothe Racks | Ballet Bars  42"W 48" H with flat legs | | | 95 |
| | Ladders | 6' | | | 2 |
| | | 8' | | | 2 |
| | | 10' | | | 2 |
| | Hangers | Plastic | | | 6,000 |
| Mezzanine | Wildeck | 62"WX 4'D-99"Clear Height, 111" Top Of Deck | | | 1 |
| | | Four Stairs (16 stairs diamond plate) | | | |
| | | B-Deck over Wood with poly finish | | | |
| | | USED ABOUE THE CONVEYOR LINES | | | |
| | | 248 square feet. | | | |
| | | 122 lineal feet of hand rail and kick plate | | | 122 ft |
| Rack | Teardrop-Beams | | | | |
| | | 10'X 2 5/8"-New down and banded | | | 424 |
| | | 8' X 3 5/8" -New Down and banded | | | 72 |
| | Interlake New Style | 42"D x 16' H 3" X 3" Post  Frames | | | 50 |
| | | 12'L X 7" face Beams | | | 288 |